■ KENNETH PASCAL, Respondent, v JOHN TARDERA, Appellant.—In an action to recover on a promissory note, the defendant appeals from a judgment of the Supreme Court, Nassau County (Morrison, J.), entered November 19, 1984, which, after a nonjury trial, was in favor of the plaintiff in the principal sum of $10,000.

Ordered that the judgment is affirmed, with costs.

The defendant is the maker of a promissory note, dated December 23, 1982, in the amount of $10,000, payable to the plaintiff on or before January 7, 1983. Because the note was not payable "to order or to bearer" (see, UCC 3-104 [1] [d]), the plaintiff payee did not hold it in due course (UCC 3-805) and was, therefore, subject to the defense of want or failure of consideration (UCC 3-306 [c]). However, the evidence adduced at trial supports the trial court's determination that there was ample consideration for the defendant's promise to pay, inasmuch as the note was given to secure a loan of $10,000 by the plaintiff to the defendant.

We have considered the defendant's remaining contentions and find them to be unavailing. Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.

■ ENRIQUE R. PEREZ, Respondent, v ALAN J. EINHORN, Appellant.—In an automobile negligence action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Durante, J.), dated May 27, 1985, which denied his motion for summary judgment dismissing the plaintiff's complaint.

Ordered that the order is affirmed, with costs.

The defendant moved for summary judgment on the ground that the plaintiff had not sustained a serious injury within the meaning of Insurance Law former § 671 (4) (now § 5102 [d]). The plaintiff's papers submitted in opposition to the motion, including an affidavit of his treating physician, indicating a limitation of his back movement to 70% of normal, were sufficient to raise a triable issue of fact and defeat the motion (see, Lopez v Senatore, 65 NY2d 1017). Mangano, J. P., Thompson, Brown and Rubin, JJ., concur.